[No. 33703-3-I.    Division One.    February 6, 1995.]

MICHELLE ODD, *Appellant*, v. SNOHOMISH COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-06272-1, David F. Hulbert, J., entered

October 22, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, A.C.J., and Scholfield, J. Pro Tem.